7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cierra Nicole Dockery
*Debtor*

*Bankruptcy Case No.*
15–40312–drd7

**State of Kansas Department of Labor**
　Plaintiff(s)

*Adversary Case No.*
15–04046–drd

v.

**Cierra Nicole Dockery**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: the indebtedness owed by Defendant to KDOL, which is subject to statutory interest and statutory penalty in the amount of $1,612.00 imposed pursuant to K.S.A. §44–719, should be and hereby is exempted from discharge including such interest and penalty, the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.C.S. § 523(a)(2).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
　　Deputy Clerk



Date of issuance: 7/10/15

Court to serve